ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
E-Mail: adows@readelawfirm.com
READE & ASSOCIATES
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Defendant
MIKHAIL MALEEV

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:12-cr-440-RCJ-GWF |
| Plaintiff, | ) | |
| | ) | **DEFENDANT MIKHAIL MALEEV'S** |
| v. | ) | **MOTION TO MODIFY CONDITIONS** |
| | ) | **OF PRETRIAL RELEASE** |
| CHARLES HORKY, | ) | |
| KIMBERLY FLORES, | ) | |
| ARCHIE GRANATA, | ) | |
| DAWIT MOSZAGI, | ) | |
| SOLOMON ZEMEDHUN, | ) | |
| CLARENCE ADAMS, | ) | |
| JAMES REDA, | ) | |
| MIKHAIL MALEEV, and | ) | |
| OLIVE TOLI, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant MIKHAIL MALEEV, by and through his undersigned counsel, respectfully requests that this Court enter an order Modifying his Pretrial Release Conditions.

DATED this 26th day of June, 2013.

               Respectfully submitted,

               By  /s/
                ANGELA H. DOWS, ESQ.
                READE & ASSOCIATES
                1333 North Buffalo Drive, Suite 210
                Las Vegas, Nevada 89128
                Attorney for Defendant
                MIKHAIL MALEEV

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Defendant MIKHAIL MALEEV is currently subject to an Order Setting Conditions of Release and Appearance Bond (Docket No. 60) in which his conditions of pretrial release dictate that his place of abode shall be in Clark County, Nevada. See paragraph 8(i); see also 18 U.S.C. § 3142(c)(1)(B)(iv).

2. Defendant MALEEV respectfully requests that his Pretrial Release Conditions be modified so that he be allowed to move to Presidio, Texas, to live with his son, Maxim Maleev.

3. Maxim Maleev is over the age of majority. Maxim Maleev works for the city of Presidio, Texas in a full-time position, and is willing to provide a room and living expenses for Defendant MALEEV.

4. Maxim Maleev is also willing to assist Defendant MALEEV in searching for and securing employment while in Texas.

5. Said request is also being made under the specific condition that Defendant MALEEV's move to Texas as well as the Texas resident therein is subject to the approval of Pretrial Services for the District of Nevada, and also subject to approval and/or acceptance by Pretrial Services in Texas.

6. Defendant MALEEV understands that he must continue to abide by his other conditions of pretrial release. Prior to moving to Texas, and after approval is obtained herein, Defendant MALEEV will confirm with Pretrial Services for the District of Nevada that he has completed his court-ordered gambling assessment and classes.

7. Additionally, Defendant MALEEV understands that despite a move to Texas and further away from the District Court, that he will personally appear for all court appearances at which his appearance is required and/or necessary in the matter.

…

8. WHEREFORE, the Defendant MIKHAIL MALEEV respectfully requests the Court Order that, subject to approval from pretrial services in Nevada and Texas, his conditions of Pretrial Release be modified so that Defendant MALEEV be allowed to move to, and have a place of abode, within the city of Presdio, county of Presidio, and State of Texas.

DATED this 26th day of June, 2013.

                                                      Respectfully submitted,

                                                     By  /s/
                                                        ANGELA H. DOWS, ESQ.
                                                        READE & ASSOCIATES
                                                        1333 North Buffalo Drive, Suite 210
                                                        Las Vegas, Nevada 89128
                                                        Attorney for Defendant MIKHAIL MALEEV

## **CERTIFICATE OF SERVICE**

The undersigned hereby affirms that a copy of the foregoing:

<u>DEFENDANT MIKHAIL MALEEV'S MOTION TO
MODIFY CONDITIONS OF PRETRIAL RELEASE</u>

has been served on all counsel of record as listed below, via electronic transmission, pursuant to local Order, as follows:

Assistant United States Attorney Timothy S. Vasquez
Counsel for Plaintiff United States of America
timothy.s.vasquez@usdoj.gov, norma.vizcarra2@usdoj.gov

DATED this 26th day of June, 2013.

                                                     /s/
                                                   ANGELA H. DOWS, ESQ.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:12-cr-440-RCJ-GWF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANDING DEFENDANT |
| CHARLES HORKY, | ) | MIKHAIL MALEEV'S MOTION |
| KIMBERLY FLORES, | ) | TO MODIFY CONDITIONS OF |
| ARCHIE GRANATA, | ) | PRETRIAL RELEASE |
| DAWIT MOSZAGI, | ) | |
| SOLOMON ZEMEDHUN, | ) | |
| CLARENCE ADAMS, | ) | |
| JAMES REDA, | ) | |
| MIKHAIL MALEEV, and | ) | |
| OLIVE TOLI, | ) | |
| | ) | |
| Defendants. | ) | |

Upon reading the motion of the counsel for Defendant Mikhail Maleev, and good cause appearing therefor, it is hereby ordered that Defendant Mikhail Maleev's conditions of Pretrial Release may be modified so that Defendant Maleev be allowed to move to, and have a place of abode within, the city of Presdio, county of Presidio, and State of Texas.

_____
HONORABLE GEORGE W. FOLEY

DATED: _____

4