```
 1
 2
 3
 4
 5
 6                       UNITED STATES DISTRICT COURT
 7                             DISTRICT OF NEVADA
 8   UNITED STATES OF AMERICA,    )
                                  )
 9              Plaintiff,        )
                                  )
10        v.                      )   2:12-CR-440-JAD-(GWF)
                                  )
11   MIKHAIL MALEEV,              )
                                  )
12              Defendant.        )
```

**FINAL ORDER OF FORFEITURE**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1963(a)(1), (a)(2), (a)(3), and (m); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant MIKHAIL MALEEV to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MIKHAIL MALEEV pled guilty. Indictment, ECF No. 1; Bill of Particulars, ECF No. 92; Change of Plea, ECF No. 283; Plea Agreement, ECF No. 284; Preliminary Order of Forfeiture, ECF No. 289.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 12, 2015, through April 10, 2015, notifying all potential third parties; and notified known

///

1 | third parties by personal service or by regular mail and certified mail return receipt requested, of their
2 | right to petition the Court. Notice of Filing Proof of Publication, ECF No. 334.
3 |       On March 13, 2015, the United States Attorney's Office served Registered Agent for
4 | American Express Company, CT Corporation System, with copies of the Preliminary Order of
5 | Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing
6 | Service of Process – Mailing, ECF No. 340.
7 |       On March 13, 2015, the United States Attorney's Office served Kenneth I. Chenault,
8 | Chairman and CEO, American Express Company, with copies of the Preliminary Order of Forfeiture
9 | and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of
10 | Process – Mailing, ECF No. 340.
11 |       On March 12, 2015, the United States Marshalls Service personally served Bank of George,
12 | Alan C. Sklar, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice.
13 | Notice of Filing Service of Process – USMS, ECF No. 341, p. 2-10.
14 |       On March 12, 2015, the United States Marshalls Service personally served Bank of George,
15 | T. Ryan Sullivan, President, with copies of the Preliminary Order of Forfeiture and the Notice. Notice
16 | of Filing Service of Process – USMS, ECF No. 341, p. 11-19.
17 |       This Court finds no petition was filed herein by or on behalf of any person or entity and the
18 | time for filing such petitions and claims has expired.
19 |       This Court finds no petitions are pending with regard to the assets named herein and the time
20 | for presenting such petitions has expired.
21 |       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
22 | title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
23 | United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
24 | 32.2(c)(2); Title 18, United States Code, Section 1963(a)(1), (a)(2), (a)(3), and (m); Title 18, United
25 | States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21,
26 | United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. Twenty-five thousand eight hundred seventy-three dollars and ten cents ($25,873.10) in United States Currency;
2. Seven thousand dollars ($7,000.00) in United States Currency;
3. One (1) stainless steel Rolex Oyster Perpetual Date Submariner, black dial and bezel, 40mm, Movement #31867604, Model #16610 T, Serial Z840628, 134 grams;
4. One (1) 18k yellow gold IWC Schaffhausen chronograph automatic wristwatch with leather, stamped on back 2684354 INTERNATIONAL WATCH CO., two sub dials, 41 mm case, 104.6 grams;
5. One (1) 18k yellow gold Rolex Oyster Perpetual Superlative Chronometer Cosmograph Daytona wristwatch and band, Serial #K258882, Model #116528, Band #78498, movement #C 0255271, white dial with three white sub dials having gold bezels, 39mm case, 179.3 grams;
6. One (1) 18k yellow gold Cartier Pasha Chronograph date wristwatch with leather band with 18k fold-over hidden clasp, Case #319453MG, presentation back, 38.4mm case, white dial with three sub dials and date, 108.8 grams;
7. One (1) stainless steel Girard-Perregaux Ferrari Chronograph wristwatch with leather band, stamped on back with Girard-Perregaux, Ferrari, AN 853 Ref 8020, Manufacture specialement pour FERRARI, black dial with prancing horse, three black sub dials and a date window, luminous hour markers and hands, 38mm case, 72.8 grams; and
8. Any and all ownership interest that defendant may hold in CLS Nevada, LLC, and any licenses, certificates or medallions held or used by CLS or any affiliated persons, agents or entities.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

///

income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated: May 27, 2015.

_____
UNITED STATES DISTRICT JUDGE